UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, *et al.*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. AMD 02-CV-3325 |
| MONA S. MURRAY, a/k/a MONA S. ARZAGA, *et al.,* | : : : : | |
| Defendants. | : | |

**JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT**

Singer Asset Finance Company, L. L.C. and United States Fidelity and Guaranty Insurance Company, by their undersigned attorneys, hereby jointly move this Court for the entry of a Consent Judgment in the form attached hereto as Exhibit A.

Dated: April 9, 2003                                    Respectfully submitted,

NEUBERGER, QUINN, GIELEN                GOHN, HANKEY & STICHEL, LLP
 RUBIN & GIBBER


By:_____/s/_____        By:_____/s/_____
  Price O. Gielen, Bar No. 00577            H. Mark Stichel, Bar No. 02939
  Jason M. St. John, Bar No. 26384           201 North Charles Street
  One South Street, 27th Floor               Suite 2101
  Baltimore, Maryland 21202                  Baltimore, Maryland 21201
  (410) 332-8550                             (410) 752-1658

  Attorneys for Singer Asset Finance         Attorneys for United States Fidelity
  Company, L.L.C.                            and Guaranty Insurance Company